IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMIAH YOUNG, #164 886, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:10-CV-956-CSC |
| | )                [WO] |
| GOV. BOB RILEY, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**MEMORANDUM OPINION**

Plaintiff filed this 42 U.S.C. § 1983 action on November 8, 2010. At the time he filed this suit, Plaintiff was incarcerated at the Elmore Correctional Facility located in Elmore, Alabama. On March 9, 2011 the court entered an order of procedure which instructed Plaintiff, among other things, to inform the court of any change in his address. (*Doc. No. 15, ¶6(h)*.) The order further informed Plaintiff that his failure to comply with this requirement would result in dismissal of this case. (*Id*.)

It recently came to the court's attention that Plaintiff is no longer housed at the Elmore Correctional Facility which is the last known address for service the court has on file for Plaintiff. Consequently, the court entered an order on September 28, 2012 directing Plaintiff to provide the court with his present address on or before October 9, 2012. (*Doc. No. 36*.) Plaintiff's copy of the court's September 28 order was returned to the court marked as undeliverable. As it appears clear that Plaintiff is no longer residing at the most recent service address he provided to the court and that he has not provided this court with a new

address for service, the undersigned concludes that dismissal of the complaint at this juncture is appropriate for Plaintiff's failures to prosecute this action properly and comply with the orders of the court.

For the foregoing reasons, the undersigned concludes that this case shall be dismissed without prejudice for Plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

A separate final judgment will be entered.

Done this 23rd day of October, 2012.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE